

# THE THIRTEENTH COURT OF APPEALS

---

## 13-23-00343-CV

---

In the Matter of the Marriage of Juan Delgado and Martha Delgado and in the Interest of A.D. and S.D., Children

---

On Appeal from the
45th District Court of Bexar County, Texas
Trial Court Cause No. 2021-CI-05710

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED and RENDERED IN PART in accordance with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

March 28, 2024